199 So.2d 924

QUALITY CONTRACTORS, INC.

v.

STATE LICENSING BOARD FOR CONTRACTORS.

No. 48790.

June 20, 1967.

In re: Quality Contractors, Inc., applying for writs of certiorari, or review, mandamus and prohibition.

Writs refused. Relator should first exhaust its remedy in the Court of Appeal. Application here is premature.

199 So.2d 925

CITY OF NEW ORLEANS

v.

Mrs. Elvira Louise WIENER, wife of Lewis A. GIRAUD.

No. 48758.

June 20, 1967.

In re: Mrs. Elvira Louise Wiener, wife of Lewis A. Giraud, applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 197 So. 2d 685.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.